■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH MOSES, Appellant. [847 NYS2d 893]—Judgment, Supreme Court, Bronx County (Judith Leib, J.), rendered on or about January 31, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Williams and Buckley, JJ.